CHARLES C. LEARY, as Administrator, etc., et al., Appellants, *v.* HENRIETTA HUTTON et al., Respondents.

(Argued December 8, 1891; decided December 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 29, 1890, which directed a judgment in favor of the defendants upon a submission of a controversy, under section 1279 of the Code of Civil Procedure.

*William H. Harris* for appellants.

*John L. Cadwalader* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. ⸻